1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr314-MMA-5 |
|---|---|
| Plaintiff, | **AMENDED ORDER OF CRIMINAL FORFEITURE** |
| v. | |
| ARSEN GALSTYAN (5), | [Doc. No. 294] |
| Defendant. | |

  On October 1, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ARSEN GALSTYAN (5) ("Defendant") in the following property, pursuant to 18 U.S.C. § 982(a)(2)(B): an Apple iPhone with IMEI 353807084008599.

  For thirty (30) consecutive days ending on November 28, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the Apple iPhone in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the Apple iPhone.

On or near December 1, 2021, Notice of Order of Forfeiture was sent by Federal Express as follows:

| Name and Address | Tracking No. | Result |
| --- | --- | --- |
| Davit Simonyan (1)<br>c/o George G. Mgdesyan, Esq.<br>Mgdesyan Law Firm<br>15260 Ventura Boulevard<br>Penthouse 2200<br>Sherman Oaks, CA 91403 | 775363687167 | Delivered on 12/6/21 |
| Vahram Simonyan (2)<br>c/o Lance M. Rosenberg<br>Attorney at Law<br>15910 Ventura Blvd., Ste. 1150<br>Encino, CA 91436 | 775360646499 | Delivered on 12/8/21 |
| Arsen Minasyan (3)<br>c/o Meghan Annette Blanco, Esq.<br>Law Offices of Meghan Blanco<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677 | 775360961659 | Delivered on 12/6/21 |
| Gor Plavchyan (4)<br>c/o Melanie Killedjian, Esq.<br>Killedjian Law Corporation<br>15233 Ventura Blvd., Suite 324<br>Sherman Oaks, CA 91403 | 775361161686 | Delivered on 12/6/21 |
| Mukuch Mkrtchyan (6)<br>c/o William R. Burgener<br>Attorney at Law<br>3990 Old Town Ave., Ste. C105<br>San Diego, CA 92110 | 775361290700 | Delivered on 12/3/21 |
| Smbat Shahinyan (7)<br>c/o Alex Robert Kessel<br>Attorney at Law<br>15910 Ventura Blvd., Ste. 1030<br>Encino, CA 91436 | 775361373711 | Delivered on 12/6/21 |
| Maria Simonyan<br>1151 Raymond Ave., Apt. 104<br>Glendale, CA 91201-1849 | 775363884211 | Delivered on 12/4/21 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited property described above.

//

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ARSEN GALSTYAN (5) and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America: An Apple iPhone with IMEI 353807084008599.

IT IS FURTHER ORDERED that any and all interest of the following persons are specifically terminated and forfeited to the United States of America as to the above-referenced property:

Davit Simonyan (1)
Vahram Simonyan (2)
Arsen Minasyan (3)
Gor Plavchyan (4)
Mukuch Mkrtchyan (6)
Smbat Shahinyan (7)
Maria Simonyan

IT IS FURTHER ORDERED that costs incurred by the United States Secret Service and any other governmental agencies which were incident to the seizure, custody and storage of the Apple iPhone be the first charge against the forfeited Apple iPhone.

IT IS FURTHER ORDERED that the United States Secret Service shall dispose of the forfeited Apple iPhone according to law.

IT IS FURTHER ORDERED THAT the money judgment imposed upon Defendant ARSEN GALSTYAN (5) in the amount of $47,796.00, included in the Preliminary Order of Criminal Forfeiture that was entered on October 1, 2021, is hereby affirmed.

**IT IS SO ORDERED**.

Dated: January 18, 2022

HON. MICHAEL M. ANELLO
United States District Judge