# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARSEN GALSTYAN (5), <br><br> Defendant. | Case No. 20cr314-MMA-5 <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE AND** <br><br> [Doc. No. 50] <br><br> **VACATING AND RESETTING STATUS HEARING RE: SELF-SURRENDER** |

On August 23, 2021, Defendant Arsen Galstyan pleaded guilty to count two of the Indictment charging Defendant with conspiracy to possess fifteen or more unauthorized access devices in violation of 18 U.S.C. § 1029(b)(2). *See* Doc. No. 253. The Court subsequently sentenced Defendant to an 18-month term of imprisonment. *See* Doc. No. 323; *see also* Doc. No. 332. The Court ordered Defendant to surrender into the custody of the United States Marshal for this district no later than 12:00 noon on August 10, 2022. *Id.* Defendant now moves for a continuance of the date upon which he must self-surrender. *See* Doc. No. 350. Neither the government nor Probation oppose the request. *Id.* at 3.

Upon due consideration, good cause appearing, the Court **GRANTS** Defendant's motion. Accordingly, Defendant must surrender into the custody of the United States Marshal for this district **no later than 12:00 noon on September 8, 2022**.

The status hearing re: self-surrender previously scheduled for August 24, 2022 is **VACATED** and **RESET** for **September 14, 2022 at 10:00 a.m**.

**IT IS SO ORDERED**.

Dated:  August 3, 2022

HON. MICHAEL M. ANELLO
United States District Judge